1  MARK B. HELM (State Bar No. 115711)
   *mark.helm@mto.com*
2  PATRICK J. CAFFERTY (State Bar No. 103417)
   *patrick.cafferty@mto.com*
3  HENRY WEISSMANN (State Bar No. 132418)
   *henry.weissmann@mto.com*
4  LEO GOLDBARD (State Bar No. 254528)
   *leo.goldbard@mto.com*
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
7  Telephone:  (213) 683-9187
   Facsimile:   (213) 683-5187
8
   Attorneys for Defendants
9  BURLINGTON NORTHERN SANTA FE, LLC AND
   BNSF RAILWAY COMPANY
10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  CENTER FOR COMMUNITY ACTION & ENVIRONMENTAL JUSTICE, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, AND NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>18            Plaintiffs,<br><br>19       vs.<br><br>20  UNION PACIFIC CORPORATION, BURLINGTON NORTHERN SANTA FE, LLC, AND BNSF RAILWAY COMPANY,<br><br>22            Defendants. | CASE NO. CV 11-8608 SJO (SSx)<br><br>**ORDER ON JOINT STIPULATION**<br><br>Judge:    Hon. S. James Otero<br><br>Complaint Filed: October 18, 2011 |

[PROPOSED] ORDER ON JOINT STIPULATION

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendants Burlington Northern Santa Fe, LLC and Union Pacific Corporation be dismissed from this action pursuant to Federal Rule of Civil Procedure 41.

2. Plaintiffs file on February 1, 2012 a First Amended Complaint, which will be substantively identical to the amended complaint that Plaintiffs will provide to Defendants and Union Pacific Railroad Company within 30 days; in the amended complaint Union Pacific Corporation and Burlington Northern Santa Fe, LLC will not be included as defendants, and Union Pacific Railroad Company will be added as a defendant.

3. Plaintiffs provide courtesy copies of the First Amended Complaint to counsel for BNSF Railway Company and Union Pacific Railroad Company no later than 30 days from the entering of this stipulation.

4. BNSF Railway Company shall have no obligation to respond to the current Complaint but will respond to the First Amended Complaint by February 8, 2012, which the parties have represented is the time by which Union Pacific Railroad Company has also agreed to respond.

5. Neither Defendants nor Union Pacific Railroad Company is appearing in this action and reserve all rights and defenses in regard to the above-captioned Complaint and First Amended Complaint.

DATED: November 8_, 2011           _____
                                    Hon. S. James Otero

15561344.2                -2-           [PROPOSED] ORDER ON JOINT STIPULATION