

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE; EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE; NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> BNSF RAILWAY COMPANY; UNION PACIFIC RAILROAD COMPANY, <br><br> Defendants - Appellees. | No. 12-56086 <br><br> D.C. No. 2:11-cv-08608-SJO-SS Central District of California, Los Angeles <br><br> ORDER |



Before: FERNANDEZ, N.R. SMITH, and MURGUIA, Circuit Judges.

Appellees' Unopposed Motion for Judicial Notice in Support of Answering Brief (Doc. 15) is dismissed as moot.